# United States District Court

WESTERN DISTRICT OF WASHINGTON

AARON GARMAN,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
 Administration,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5557RBL-KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

The Administrative Decision is AFFIRMED.

May 2, 2007

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
Deputy Clerk